■ 71 CLINTON STREET APARTMENTS LLC, as Assignee of People's United Bank, as Successor by Merger to Bank of Smithtown, Respondent, v ILANA INDUSTRIAL LLC et al., Appellants, et al., Defendants. [2 NYS3d 355]—Amended judgment of foreclosure, Supreme Court, Bronx County (Julia I. Rodriguez, J.), entered July 15, 2013, in favor of plaintiff, unanimously affirmed, without costs. Appeal from the prior judgment of foreclosure, entered March 1, 2013, and from orders, entered on or about January 19, 2012, July 13, 2012, September 20, 2012, and July 15, 2013, unanimously dismissed, without costs, as subsumed in the appeal from the amended judgment.

Plaintiff presented a prima facie right to foreclosure by producing the mortgage documents and undisputed evidence of defendant's nonpayment, and, in opposition, defendants failed to establish the existence of a triable issue regarding their affirmative defenses (*see e.g. Red Tulip, LLC v Neiva*, 44 AD3d 204, 209 [1st Dept 2007], *lv dismissed* 10 NY3d 741 [2008]). Nothing in the record casts doubt on whether the note and mortgage were validly assigned to plaintiff (*see 71 Clinton St. Apts. LLC v 71 Clinton Inc.*, 114 AD3d 583 [1st Dept 2014]).

We have considered defendants' remaining contentions and find them unavailing. Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Clark and Kapnick, JJ.